**Phillip J. Haberthur, OSB #145984**
philh@landerholm.com
LANDERHOLM, P.S.
805 Broadway Street, Suite 1000
Vancouver, WA 98660
Telephone: (360) 696-3312
Facsimile: (360) 696-2122
*Attorneys for Defendant Stewart Title Company*

IN THE UNITED DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| WFG NATIONAL TITLE INSURANCE COMPANY, a foreign corporation,<br><br>　　　　　　　　Plaintiff,<br>　　v.<br><br>ZACH BAY, an individual, REBECCA VULGAS, an individual, and STEWART TITLE COMPANY, a foreign corporation,<br><br>　　　　　　　　Defendant. | Case No. 3:22−cv−1010<br><br>**NOTICE OF REMOVAL** |

## NOTICE OF REMOVAL

Defendant Stewart Title Company ("STC") hereby removes the above-captioned action from the Circuit Court of the State of Oregon in and for Multnomah County (the "State Court") to the United States District Court for the District of Oregon, Portland Division, pursuant to 28 U.S.C. §§ 1441 and 1446.

As grounds for removal, STC states the following:

1. On July 5, 2022, Plaintiff WFG National Title Insurance Company ("WFG") filed an action against Defendants STC, Zach Bay, and Rebecca Vulgas in the Circuit Court for the State of Oregon for Multnomah County, Case No. 22cv22250. WFG's Complaint alleges Bay

NOTICE OF REMOVAL - 1
HABP02-000002 - #5919352v1

LANDERHOLM, P.S.
805 Broadway Street, Suite 1000
PO Box 1086
Vancouver, WA 98666
T: 360-696-3312 • F: 360-696-2122

and Vulgas breached provisions of their respective Employment Agreements with WFG, and includes a claim against STC for intentional interference.

2. On July 11, 2022, attorney Brad Andersen accepted service of the Summons and Complaint on behalf of STC. To date, on information and belief, neither Bay nor Vulgas have been served with the Summons and Complaint, nor has either waived service of same.

3. 28 U.S.C. § 1332(a) provides, in relevant part, that "[t]he district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between [] citizens of different States."

4. Upon information and belief, including the allegations in WFG's Complaint, WFG was, when it filed its complaint, and is now, a citizen of South Carolina.

5. Defendant STC was, when WFG filed its complaint, and is now a Texas corporation with its principal place of business in Texas.

6. This Court is located in the "district and division" within which WFG filed its action and is the proper venue for removal under 28 U.S.C. § 1446(a) and 28 U.S.C. § 1441(a).

7. Defendant STC, as the only party properly joined and served as a Defendant as of this date, consents to having this case removed to federal court.

8. In its Prayer for Relief, WFG seeks "a minimum of $107,000" in economic damages against Bay, and an unspecified amount of economic damages against Vulgas and STC. Upon information and belief, including the allegations in WFG's Complaint, the amount in controversy in this matter exceeds $75,000.

9. Since the matter in controversy exceeds the principal sum of $75,000, and is between citizens of different states, this Court has original jurisdiction over this matter under 28 U.S.C. § 1332.

10. Removal is also appropriate under 28 U.S.C. §§ 1441 and 1446.

11. Attached to this Notice as **Exhibit 1** is a copy of all process, pleadings, and orders that STC has received in this action, pursuant to 28 U.S.C. § 1446(a).

NOTICE OF REMOVAL - 2
HABP02-000002 - #5919352v1

LANDERHOLM, P.S.
805 Broadway Street, Suite 1000
PO Box 1086
Vancouver, WA 98666
T: 360-696-3312 • F: 360-696-2122

1  12. A copy of this Notice will be timely filed with the Multnomah County Clerk of Court and served on WFG's counsel, pursuant to 28 U.S.C. § 1446(d).

WHEREFORE, Defendant STC respectfully removes this case to the United States District Court for the District of Oregon.

DATED this 12th day of July, 2022.

                    LANDERHOLM, P.S.

                    */s/ Phillip Haberthur*
                    BRADLEY W. ANDERSEN, OSB No. 901943
                    PHILLIP J. HABERTHUR, OSB No. 145984
                    *Of Attorneys for Defendant Stewart Title Company*

NOTICE OF REMOVAL - 3
HABP02-000002 - #5919352v1

LANDERHOLM, P.S.
805 Broadway Street, Suite 1000
PO Box 1086
Vancouver, WA 98666
T: 360-696-3312 • F: 360-696-2122

# CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of July, 2022, I made service of the foregoing **DEFENDANT STEWART TITLE COMPANY'S NOTICE OF REMOVAL** to be delivered on the parties listed below via the following:

| | |
|---|---|
| Steven F. Cade, OSB No. 106466<br>Tyler J. Volm, OSB No. 084994<br>Sussman Shank LLP<br>1000 SW Broadway Ste 1400<br>Portland OR 97205<br>Phone: (503) 243-1655<br>E-mail: scade@sussmanshank.com<br>            tvolm@sussmanshank.com<br>Courtesy E-mail: ajohnson@sussmanshank.com<br><br>*Attorneys for Plaintiff WFG National Title Insurance Company* | ☒ U.S. Mail, Postage Prepaid<br>☒ E-mail<br>☐ Facsimile<br>☐ Courier or Hand Delivery<br>☐ Overnight Delivery<br>☐ Electronic Service |
| Jose Cienfuegos, OSB No. 010280<br>Daniel J DiCicco, OSB No. 073730<br>100 Fires Law PC<br>10121 SE Sunnyside Rd<br>Clackamas OR 97015<br>Phone: (503) 548-1593<br>Email    jose@100fireslaw.com<br>            daniel.dicicco@gmail.com<br>Courtesy E-mail: michelle@100fireslaw.com<br><br>*Attorneys for Defendants Zach Bay and Rebecca Vulgas* | ☒ U.S. Mail, Postage Prepaid<br>☒ E-mail<br>☐ Facsimile<br>☐ Courier or Hand Delivery<br>☐ Overnight Delivery<br>☐ Electronic Service |

**I CERTIFY UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF WASHINGTON THAT THE FOREGOING IS TRUE AND CORRECT.**

DATED: July 12, 2022

At: Vancouver, Washington

/s/ Heather Dumont
HEATHER A. DUMONT

NOTICE OF REMOVAL - 4
HABP02-000002 - #5919352v1

LANDERHOLM, P.S.
805 Broadway Street, Suite 1000
PO Box 1086
Vancouver, WA 98666
T: 360-696-3312 • F: 360-696-2122