**Daniel DiCicco, OSB #073730**
dan@diciccolegal.com
The DiCicco Law Firm LLC
9040 SE Augustine Ct.
Happy Valley, OR 97086
Tele: 503.724.7065

**Jose Cienfuegos, OSB #010280**
jose@100fireslaw.com
100 Fires Law PC
10121 SE Sunnyside Rd Ste 300
Clackamas OR 97015
Tele: 971.219.3244

Attorneys for Zach Bay and Rebecca Vulgas

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| WFG NATIONAL TITLE INSURANCE COMPANY, a foreign corporation,<br><br>Plaintiff,<br><br>v.<br><br>ZACH BAY, an individual, REBECCA VULGAS, an individual, and STEWART TITLE COMPANY, a foreign corporation<br>Defendants. | Case No. 3:22-cv-01010-AR<br><br>**DEFENDANTS' ANSWER AND COUNTERCLAIMS**<br><br>JURY TRIAL REQUESTED |

Defendants Zach Bay and Rebecca Vulgas hereby appear and defend as follows:

1. Paragraph 1 of the Complaint is admitted.

2. Bay admits that he was employed by WFG as an Escrow officer, otherwise Paragraph 2 of the Complaint denied.



100 FIRES LAW, P.C.
A PROFESSIONAL CORPORATION
10121 SE SUNNYSIDE RD STE 300
HAPPY VALLEY, OREGON 97086
(503) 724-7065 · FAX (503) 914-1569

3. Vulgas admits that she was employed by WFG as an Escrow Assistant. Otherwise paragraph 3 of the Complaint is denied.
4. Paragraph 4 is admitted.
5. Paragraph 5 is denied.
6. Paragraph 6 is admitted.
7. Paragraph 7 is admitted.
8. Paragraph 8 is admitted.
9. Paragraphs 9-16 are denied as the employment contracts at issue speak for themselves and are not fully and accurately set forth by Plaintiff.
10. Paragraphs 17, 18, and 19 are denied.
11. Paragraph 20 is admitted.
12. Paragraphs 21-51 are denied.

**AFFIRMATIVE DEFENSES**

13. **Material Breach of Contract.** Plaintiff materially breached Defendant Bay's employment contract by failing to pay his wages when due and cannot now seek to enforce the employment agreement against him. Defendants are entitled to recover their attorney fees as against Plaintiff for this breach pursuant to the employment agreements.
14. **Material Breach of Contract.** Plaintiff materially breached both Bay and Vulgas' employment agreements by failing to try in good faith to settle this dispute by negotiation or non-binding mediation as required by Section 11.9 of the employment



100 FIRES LAW, P.C.
A PROFESSIONAL CORPORATION
10121 SE SUNNYSIDE RD STE 300
HAPPY VALLEY, OREGON 97086
(503) 724-7065 · FAX (503) 914-1569

agreements. Defendants are entitled to recover their attorney fees as against Plaintiff for this breach pursuant to the employment agreements.

15. **Material Breach of Contract.** Plaintiff materially breached both Bay and Vulgas' employment agreements by failing to submit this dispute to Arbitration as required by Section 11.10 of the employment agreements. Defendants are entitled to recover their attorney fees as against Plaintiff for this breach pursuant to the employment agreements.

16. **Unconscionability.** The noncompetition and nonsolicitation clauses Plaintiff seeks to enforce against Bay and Vulgas are procedurally and substantively unconscionable.

17. **Unclean Hands.** Plaintiff's conduct in intentionally withholding Bay's final pay due to him following his resignation constitutes unclean hands and acts as a bar against prosecution of Plaintiff's breach of contract claim.

18. **Unlawful Restraint on Trade.** The non-competition and non-solicitation clauses of the employment agreements at issue are unlawful restraints on trade and cannot be enforced as against Bay and Vulgas.

**COUNTERCLAIM 1: WAGE AND HOUR VIOLATION**

**19.** Bay was employed by WFG until June 7, 2022.

**20.** Plaintiff failed to make timely payment of Bay's final wages on termination of employment as required under ORS 652.140.

**21.** Plaintiff made payment to Bay of his final wages only after Bay retained counsel and threatened litigation.



100 FIRES LAW, P.C.
A PROFESSIONAL CORPORATION
10121 SE SUNNYSIDE RD STE 300
HAPPY VALLEY, OREGON 97086
(503) 724-7065 · FAX (503) 914-1569

**22.** Bay is entitled to receive from Plaintiff penalty wages plus attorney fees for Plaintiff's violation of ORS 652.140.

**COUNTERCLAIM 2: BREACH OF CONTRACT (Bay)**

**23.** Bay has an employment agreement with Plaintiff that requires Plaintiff to pay him wages for work performed.

**24.** Plaintiff materially breached that employment agreement by failing to timely pay Bay his final wages upon his resignation.

**25.** Bay is entitled to recover his attorney fees and costs from Plaintiff pursuant to the employment agreement.

**WHEREFORE** Defendants pray for judgment as follows:

1. Denying Plaintiff's claims in their entirety.
2. Entering a judgment in favor of defendants on their affirmative defenses.
3. Awarding Defendants their costs and attorney fees.

**DATED** this 30th day of October, 2023.

___s/*Daniel DiCicco*___________________
**Daniel DiCicco, OSB #073730**
dan@diciccolegal.com
The DiCicco Law Firm LLC
9040 SE Augustine Ct.
Happy Valley, OR 97086
Tele: 503.724.7065

**Jose Cienfuegos, OSB #010280**



100 FIRES LAW, P.C.
A PROFESSIONAL CORPORATION
10121 SE SUNNYSIDE RD STE 300
HAPPY VALLEY, OREGON 97086
(503) 724-7065 · FAX (503) 914-1569

jose@100fireslaw.com
100 Fires Law PC
10121 SE Sunnyside Rd Ste 300
Clackamas OR 97015
Tele: 971.219.3244